IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOSE ANTONIO HEREDIA-CHANG, and<br>NOEL RIOS-SALAZAR,<br><br>               Defendants. | CASE NO. 23-mj-08147-ADM<br><br>**FILED UNDER SEAL** |

### CRIMINAL COMPLAINT

I, Jakob Blackman, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

**CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT
TO DISTRIBUTE METHAMPHETAMINE
[21 U.S.C. §§ 841 and 846]**

Beginning on or about February 2, 2023, and continuing to on or about August 3, 2023, both dates being approximate and inclusive, in the District of Kansas and elsewhere, the defendants,

**JOSE A. HEREDIA-CHANG
and
NOEL RIOS-SALAZAR,**

knowingly and intentionally conspired with each other and with other persons, both known and unknown to the grand jury, to commit the following offenses against the United States: possession

1

with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine and distribution of 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, which included the reasonably foreseeable conduct of other members of the conspiracy, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

In violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## STATEMENT OF PROBABLE CAUSE

The following facts were made known to me by personal observation or from information that I received from other law enforcement officers, and/or from other individuals:

1. I have been a law enforcement officer with the Kansas City, Kansas Police Department (KCKPD) since October 2011. Before commencing my law enforcement career, I earned a bachelor's degree in Law Enforcement/Justice Administration from Western Illinois University and later earned a Master's Degree in Criminal Justice from the University of Central Missouri. As a patrol officer, I made hundreds of narcotics arrests and in doing so saw, felt, and smelled different drugs such as marijuana, cocaine, crack cocaine, methamphetamine, and heroin.

2. In July 2016, I became a detective with the Kansas City, Kansas Police Department. I worked for the KCKPD Gang Unit from 2016-2018, working gang-related investigations, including narcotic/firearm investigations, property crimes, crimes of violence, and homicides. In August 2018, I was assigned to the Bureau of Alcohol, Tobacco, and Firearms and Explosives (ATF) as a task force officer (TFO). I have received training from the ATF in firearm investigations and currently work both federal and state investigations involving firearms,

narcotics, and crimes of violence. During the course of my employment, I have received training and have participated in numerous investigations which led to the prosecution of suspects.

3. This affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact or matter observed by me or known by law enforcement. The following facts were made known to me by personal observation or from information that I received from other law enforcement officers, and/or from other individuals.

4. The United States, including the Drug Enforcement Administration (DEA), Alcohol, Tobacco, and Firearms Bureau (ATF), and Homeland Security Investigations (HSI) are conducting a criminal investigation of an armed Drug Trafficking Organization ("DTO"). Investigators believe that a leader of the DTO is Jose Antonio HEREDIA-CHANG and is referring to the DTO as the "HEREDIA-CHANG DTO." Investigators believe that the HEREDIA-CHANG DTO is distributing methamphetamine, heroin, powdered fentanyl, and counterfeit "M30" pills containing fentanyl[1] across the United States to include Washington, Colorado, Kansas, Arizona, Missouri, and New York.

### Kansas City Investigation

5. Investigators with the ATF and DEA in Kansas City began an investigation in February 2023. On February 2, 2023, an ATF undercover agent (hereinafter referred to as "UC#1") attempted to purchase one half pound of methamphetamine from an armed drug trafficker. The suspect and UC#1 drove to 2045 S. 42nd Street, Kansas City, Kansas, and met with a female, later

---

[1] In this affidavit when I refer to fentanyl, "M30 pills," or fentanyl pills, I am referring to pills (commonly referred to as "M30 pills") that are suspected to contain fentanyl based on past seizures of similar pills and informant information. Additionally, I am familiar with narcotics traffickers in Kansas City distributing pills marked "M30" that are meant to look like opiate pills, such as oxycodone, but may in fact contain fentanyl.

identified as Genelle GLACKIN. GLACKIN ordered the methamphetamine to the house to be sold to the UC#1. Investigators, conducting surveillance, observed a red truck arrive at the house. UC#1 observed GLACKIN meet with an unknown Hispanic male in the truck. After a few minutes, GLACKIN returned to the residence and the red truck drove away. A bag of methamphetamine was provided to UC#1. The product weighed 222.74 grams (net weight) and tested positive for methamphetamine.

6. Investigators were able to identify the driver of the red truck and located his residence at 1851 S. Tremont Street, Kansas City, Kansas. The Tacoma, Washington DEA investigators advised the red truck's driver was a known drug courier for the HEREDIA-CHANG DTO. On February 22, 2023, ATF investigators requested and obtained a tracker search warrant for the red Chevy Silverado bearing MO license plate 0FGD06, Case No. 2:23-mj-08034.

7. Kansas City investigators began working with Tacoma, Washington DEA investigators to dismantle the armed DTO. Over the next several months, ATF and DEA investigators began identifying DTO members in the Kansas City area and tracking their movements. During the investigation, law enforcement utilized various tactics to include physical surveillance, elevated surveillance cameras, and GPS trackers.

8. From February to June 2023, DEA and ATF investigators identified three different drivers working for the DTO. Investigators began tracking the DTO drivers' visits to suspected buyer houses and identified approximately thirteen houses in five months. Investigators began conducting surveillance on the houses and examining toll information, which assisted in identifying controlled substances buyers/re-distributors.

9.      Tacoma, Washington DEA investigators identified phone number (602) 931-5165 (referred to as "Target Telephone # 19" or "TT19") as HEREDIA-CHANG's number. Investigators determined buyers/re-distributors in Kansas City would call TT19 and place an order of illegal controlled substances. HEREDIA-CHANG would take the call and then dispatch a driver to deliver the requested amount.

### HSI UC Controlled Purchase

10.     On May 19, 2023, a Homeland Security Investigations (HSI) undercover task force officer (hereinafter referred to as "UC#2") contacted TT19 and ordered 2 kilograms of methamphetamine. DEA and ATF investigators observed the known courier/driver at that time, Rosario RUIZ, exit 1851 S. Tremont Street with another DTO member (Jose CERVANTES-Valenzuela), and drive directly to the meet location with UC#2. RUIZ entered UC#2's vehicle and provided two kilograms of methamphetamine in exchange for U.S. currency. The substance was field tested and tested positive for the presumptive presence of methamphetamine.

### ELECTRONIC AND WIRE INTERCEPTIONS ON TT19

11.     On June 9, 2023, the Honorable John H. Chun, United States District Judge for the Western District of Washington, authorized the interception of wire and electronic communications for two cell phones: (602) 931-5165 (TT19, used by Jose Antonio HEREDIA-CHANG); and (323) 408-3647 (referred to as "Target Telephone # 23" or "TT23," used by an Unknown Hispanic Male (hereinafter referred to as "UHM-1"), who worked for the HEREDIA-CHANG DTO. Interceptions began on June 9, 2023, and were terminated on June 26, 2023. Based on the investigation, law enforcement determined TT19 was used by HEREDIA-CHANG to coordinate drug distributions in Denver, Colorado, and elsewhere.

12.     During the authorized monitoring period, investigators intercepted numerous pertinent calls. Between July 11 to July 13, 2023, investigators documented three separate incidents where the DTO delivered fentanyl pills and methamphetamine to two separate buyers/re-distributors. Following June 14, 2023, all calls to and from TT19 subsided and investigators eventually terminated TT19's interceptions on June 26, 2023.

### Driver/Courier #3- Noel RIOS-Salazar

13.     On May 31, 2023, ATF investigators requested and obtained a tracker search warrant for the silver Chevy Silverado bearing MO license plate 2SGE33 in the Western District of Missouri, Case No. 23-SW-00250-LMC. The truck and RIOS were known to the investigation and linked to the DTO. DEA and ATF investigators observed the tracker movement on RIOS's silver Chevy truck and observed the truck visit known buyer houses previously documented in the investigation. In late June 2023, investigators began observing the silver Chevy Silverado registered to Noel RIOS-Salazar at 5610 East 39th Terrace, Kansas City, Missouri. Investigators noted RIOS would make frequent deliveries having just left 5610 East 39th Terrace, Kansas City, Missouri or 1851 S. Tremont Street, Kansas City, Kansas.

14.     On April 12, 2023, Kansas Highway Patrol ("KHP") conducted a traffic stop on the silver Chevy Silverado on Westbound I-70 at milepost 342 in Wabaunsee County, Kansas. KHP Trooper S. Walker #339 contacted the driver, Jesus Daniel Villaverde and his wife, a 17-year-old front seat passenger. Trooper Walker obtained consent to search the vehicle and located approximately $16,680.00 wrapped in cellophane in the center console of the silver truck. A KHP K-9 conducted a "sniff" in a controlled setting and indicated the presence of narcotics odor on the wrapped currency.

15. As the weeks followed, RIOS was observed outside 1851 South Tremont Street associating with Rosario RUIZ. Investigators began documenting RIOS accompanying RUIZ (courier/driver) during suspected drug deliveries.

16. On June 20, 2023, investigators observed RUIZ exit 1851 S. Tremont Street, Kansas City, Kansas, in a black Infinity sedan. Based on intelligence gained during the investigation, agents determined RUIZ had completed his rotation with the DTO and was likely replaced by Noel RIOS-Salazar.

## DEA CS and ATF UC Controlled Purchases

17. On June 20, 2023, DEA and ATF investigators conducted a controlled purchase of approximately one quarter pound of methamphetamine utilizing a DEA confidential source (hereafter referred to as "CS").

18. The CS contacted phone number (816) 330-9807 (Target Telephone 26 "TT26"). The CS told investigators the phone number belonged to "Rene," whom investigators determined was Jose Antonio HEREDIA-CHANG. The deal was set to take place at the Applebee's restaurant at 3404 Rainbow Blvd., Kansas City, Kansas. The CS was driven to the deal by a DEA TFO. At approximately 5:55 p.m., TFO Blackman observed RIOS arrive at 1851 S. Tremont Street. RIOS entered the residence and returned to his silver Chevy truck a few minutes later. RIOS then departed 1851 S. Tremont Street and arrived at the meet location six minutes later. The CS exited the "UC" vehicle and entered RIOS's silver Chevy truck. The CS provided U.S. currency to a female in the vehicle in exchange for a bag of suspected methamphetamine provided by RIOS. The substance tested positive for the presumptive presence of methamphetamine and weighed 141.8 grams (gross).

19. DEA and ATF investigators continued to observe the tracker movement on RIOS's silver Chevy truck and observed the truck visit known buyer houses previously documented in the investigations. Based on the fact RUIZ left Kansas City and RIOS delivered methamphetamine to the DEA CS on July 20, 2023, investigators determined RIOS had taken over RUIZ's role as a courier for the HEREDIA-CHANG DTO.

20. On June 28, 2023, DEA and ATF investigators conducted a controlled methamphetamine purchase utilizing the CS and an ATF UC ("UC#3"). The CS contacted TT26 and arranged the purchase of one quarter pound of methamphetamine and fentanyl pills. The deal was set to take place outside a car wash at 6550 State Ave, Kansas City, Kansas. At approximately 5:06 p.m., RIOS' silver Chevy truck arrived at the meet location. The CS entered RIOS' truck and met with RIOS and a female identified as Martina CARMONA. Investigators believed CARMONA is/was RIOS' girlfriend. The CS provided CARMONA with U.S currency in exchange for one quarter pound of methamphetamine, which was provided by RIOS. The CS conversed with CARMONA during the deal and learned there were no fentanyl pills available. A DEA lab report documented the purchased substance to contain 111.2 grams of pure methamphetamine with a 99 percent purity.

21. On July 5, 2023, ATF and DEA agents conducted another controlled purchase operation. The CS contacted TT26 and planned to purchase one pound of methamphetamine. At approximately 9:15 p.m., investigators tracked RIOS' silver Chevy truck from 5610 East 39th Terrace, Kansas City, Missouri, directly to 1409 S. 55th Street, Kansas City, Kansas. After the silver Chevy truck arrived, the CS and the ATF UC contacted two Hispanic males in the truck. The driver was identified as Jesus VILLAVERDE (a DTO member). The CS was unable to see

the front seat passenger's face, so an identification was not obtained during the controlled purchase operation. The CS exchanged U.S. currency for a bag of suspected methamphetamine that later tested positive for the presumptive presence of methamphetamine and weighed approximately 453 grams (gross).

## ELECTRONIC AND WIRE INTERCEPTS ON TT26

22. On July 8, 2023, the Honorable John J. Chun, United States District Judge for the Western District of Washington, authorized the interception of wire and electronic communications for a cell phone with associated number (816) 330-9807 ("Target Telephone # 26" or "TT26," used by HEREDIA-CHANG). Agents identified TT26 as the twenty-sixth phone associated with the HEREDIA-CHANG DTO. Interceptions began on July 10, 2023, and the authorization expires on August 9, 2023. TT26 is used by HEREDIA-CHANG to continue his coordination of illegal drug sales.

23. Investigators began intercepting pertinent calls on July 10, 2023. Numerous known buyers/re-distributors were intercepted messaging and calling TT26. The buyers/re-distributors ordered various amounts of what investigators determined was methamphetamine. Investigators determined HEREDIA-CHANG was taking the orders and dispatching RIOS to deliver the drugs. During these intercepts, followed by the deliveries, investigators noted RIOS would occasionally be accompanied by other known members of the DTO.

## IDENTIFYING HEREDIA-CHANG with TT26

24. Investigators focused on observing HEREDIA-CHANG physically taking the call as buyers called TT26. On July 18, 2023, DEA and ATF investigators tracked TT26 at the Denver International Airport in Denver, Colorado using the aid of GPS precision pings. Investigators

monitored GPS location data for TT26, which revealed TT26's GPS location had traveled to the Phoenix, Arizona area.

25.     Investigators believed HEREDIA-CHANG traveled home to Phoenix, Arizona. On July 19, 2023, TT26's GPS location data placed TT26 at 16873 W Monroe St, Goodyear, Arizona. This residence was previously documented by DEA agents in Tacoma, Washington as HEREDIA-CHANG's residence.

26.     On July 19, 2023, intercepted calls revealed the DTO was re-supplied illegal drugs and HEREDIA-CHANG took numerous drug purchase orders over TT26. Investigators, while conducting surveillance operations, documented drug deliveries to four separate locations that day.

27.     During the evening hours of July 19, 2023, TT26's GPS location data indicated the phone was at or near BJ's Restaurant & Brewhouse, 14950 W. McDowell Rd., Goodyear, Arizona. At approximately 10:30 p.m. (CDT), HSI investigators were notified and responded covertly to the restaurant. HSI agents entered the restaurant and observed HEREDIA-CHANG eating at a table inside the restaurant.

28.     At 10:43 p.m. (CDT), an ATF UC (UC#3) placed a call to TT26 and HSI investigators (present in the restaurant) observed HEREDIA-CHANG answer the call and heard HEREDIA-CHANG talking to UC#3. The call was intercepted by DEA agents in Tacoma, Washington, confirming HEREDIA-CHANG was in fact physically holding TT26.

29.     Investigators believe HEREDIA-CHANG is leading and facilitating the DTO by ordering and orchestrating bulk sales of controlled substances that are being delivered in the Kansas City area. When HEREDIA-CHANG confirms an order, he dispatches Noel RIOS-Salazar to deliver the methamphetamine to the buyers/re-distributors.

30. I respectfully request that a warrant be issued authorizing the arrest of Jose Antonio HEREDIA-CHANG and Noel RIOS-SALAZAR for the aforementioned violations of federal law.

_____
Detective Jakob Blackman
ATF Task Force Officer

Sworn to and attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August  4  , 2023.

_____
Honorable Angel D. Mitchell
United States Magistrate Judge
District of Kansas

# PENALTIES

**Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, and Distribution of Methamphetamine, 21 U.S.C. § 846, 841(a)(1), & 841(b)(1)(A)(viii); 18 U.S.C. § 2.**

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life. 21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least five (5) years. 21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $10 million. 21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than fifteen (15) years and no more than life. 21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least ten (10) years. 21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20 million. 21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after two or more prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than twenty-five (25) years and no more than life. 21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least ten (10) years. 21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20 million.  21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.